Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**HYDE & SWIGART, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*
Kenneth Picha

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PICHA,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION FOR MEDICAL AND DENTAL, INC. and HEALTHCARE NATIONAL MARKETING, INC.,<br><br>Defendants. | CASE NO: 3:17-CV-643-AJB-AGS<br><br><br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety on individual basis. The parties anticipate filing a Request for Dismissal of this action in its entirety with prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after October 2, 2018 for filing a Request for Dismissal.

///

///

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **Hyde & Swigart, APC** |
| Date: August 2, 2018 | By: s/Yana A. Hart |
|  | Yana A. Hart, Esq. |
|  | *Attorneys for Plaintiff* |