Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Kenneth Picha

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PICHA,<br><br>                    Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION FOR MEDICAL AND DENTAL, INC. and HEALTHCARE NATIONAL MARKETING, INC.,<br><br>                    Defendants. | Case No.: 3:18-cv-00643-AJB-AGS<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(II)**<br><br>**HON. ANTHONY J. BATTAGLIA** |

Plaintiff KENNETH PICHA (hereinafter "Plaintiff") and Defendants NATIONAL ASSOCIATION FOR MEDICAL AND DENTAL, INC. and HEALTHCARE NATIONAL MARKETING, INC. (collectively, "Defendants"; Plaintiff and Defendants collectively, "the Parties") hereby move to dismiss the above-entitled action with prejudice as to the named Plaintiff, and without prejudice as to the putative class[1], pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each Party is to bear his/its own fees and costs.

---

[1] Rule 23 is inapplicable because the putative class was not certified.

WHEREFORE, the Parties respectfully request that this Court dismiss this action with prejudice as to the named Plaintiff, and without prejudice as to the putative class.

Respectfully submitted,

Dated: September 7, 2018     **HYDE & SWIGART, APC**

By: s/Yana A. Hart
Yana A. Hart
*Attorneys for Plaintiff*

Dated: September 7, 2018     **BLANKROME LLP**

By: s/Justin Brandt
Justin Brandt
*Attorneys for Defendants*

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Justin M. Brandt, counsel for Defendants, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: September 7, 2018     **HYDE & SWIGART**

By: s/Yana A. Hart
Yana A. Hart
*Attorneys for Plaintiff*