# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH PICHA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION FOR MEDICAL AND DENTAL, INC. and HEALTHCARE NATIONAL MARKETING, INC.,<br><br>　　　　　Defendants. | Case No.: 3:18-cv-00643-AJB-AGS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**(DOC. NO. 22)** |

Based upon the Joint Motion for Dismissal, this Court hereby orders the action to be, and is, dismissed with prejudice. Each party to bear their own attorneys' fees and costs.

　　　IT IS SO ORDERED.

Dated:  September 10, 2018

　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　United States District Judge

**PROPOSED ORDER**　　　　　　　　1